# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| MARIA GALLEGOS SALAS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-622-LSC-GMB |
| WARDEN KIMBERLY NEELY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 19) on March 4, 2024, recommending that the petition for a writ of habeas corpus (Doc. 1) be dismissed as moot. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition for a writ of habeas corpus is due to be **DISMISSED** as moot. A final judgment will be entered.

**DONE** and **ORDERED** on April 1, 2024.

_____
L. Scott Coogler
United States District Judge

160704